LOCKE LORD BISSELL & LIDDELL LLP
Conrad V. Sison (SBN: 217197)
csison@lockelord.com
Matthew B. McClendon (SBN: 256031)
mmcclendon@lockelord.com
300 South Grand Avenue, Suite 2600
Los Angeles, California  90071-3119
Telephone:  (213) 485-1500
Facsimile:   (213) 485-1200

Attorneys for Defendants
U.S. BANK, NATIONAL ASSOCIATION, NOT IN ITS INDIVIDUAL CAPACITY BUT SOLELY AS TRUSTEE FOR THE ABFC 2007-WMC1 TRUST (incorrectly sued herein as "U.S. BANK NATIONAL ASSOCIATION, AS TRUSTEE FOR ABFC 2007-WMC1 TRUST BY SAXON MORTGAGE SERVICES, INC."), and SAXON MORTGAGE SERVICES, INC.

**UNITED STATES DISTRICT COURT**

**CENTRAL DISTRICT OF CALIFORNIA**

| | |
|---|---|
| ARMANDO SEVILLA AND MARISOL SEVILLA,<br><br>　　　　Plaintiffs,<br><br>　vs.<br><br>QUALITY LOAN SERVICE CORPORATION; U.S. BANK NATIONAL ASSOCIATION, AS TRUSTEE FOR ABFC 2007-WMC1 TRUST BY SAXON MORTGAGE SERVICES, INC., and 1-50, inclusive,<br><br>　　　　Defendants. | CASE NO. CV 09-00336 R (MANx)<br><br>Hon. Manuel L. Real<br><br><br><br>[**PROPOSED**] **ORDER AWARDING ATTORNEY'S FEES**<br><br><br>**Filed Concurrently with:**<br>**1. Notice of Lodging**<br>**2. Declaration of Matthew B. McClendon** |

The Court, having considered the testimony of Mitchell W. Roth on January 8, 2009 and January 13, 2009, the documents and evidence provided to the Court in this action, the arguments of counsel and the parties, and having found that this action was brought in bad faith and for the purposes of harassment, hereby awards Defendants U.S. Bank, National Association, not in its individual capacity but solely as Trustee for the ABFC 2007-WMC1 Trust, and Saxon Mortgage Services, Inc. their attorney's fees of $23,669.50 pursuant to 15 U.S.C. § 1692k(a)(3), 28 U.S.C. § 1927 and the Court's inherent power and authority to impose sanctions for willful abuse of the judicial process, bad faith conduct during litigation, and filing of frivolous papers.

The Court ORDERS that:

1. Mitchell W. Roth and MW Roth PLC, jointly and severally, shall reimburse Plaintiff all amounts paid by Plaintiff to file and/or pursue this lawsuit.

2. Mitchell W. Roth and MW Roth PLC shall be jointly and severally liable for Defendants' attorney's fees in the amount of $23.669.50.

**IT IS SO ORDERED.**

DATED: April 13, 2009    _____
Hon. Manuel L. Real
United States District Court Judge
Central District of California

**CERTIFICATE OF SERVICE**

I, Matthew B. McClendon, an attorney, do hereby certify that on April 9, 2009, I caused a copy of the foregoing [PROPOSED] ORDER AWARDING ATTORNEY'S FEES to be served by the method so indicated below upon the following parties:

*Mitchell W. Roth*
M.W. Roth, PLC
13245 Riverside Drive, Suite 320
Sherman Oaks, California 91423

*Via U.S. Mail, postage prepaid.*

Dated: April 9, 2009     By:     /s/ Matthew B. McClendon
                                  Matthew B. McClendon

Locke Lord Bissell & Liddell LLP
300 South Grand Avenue, Suite 2600
Los Angeles, CA 90071